■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH PATSY BASTONE, Appellant.— Judgment of the Supreme Court, Queens County, rendered May 3, 1963, reversed, on the law, and new trial granted (*Bruton* v. *United States*, 391 U. S. 123; *Roberts* v. *Russell*, 392 U. S. 293). The findings of fact below are affirmed. Beldock, P. J., Rabin, Benjamin, Munder and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE H. CARTER, Appellant.— Judgment of the County Court, Suffolk County, dated February 15, 1968, affirmed. No opinion. The order of said court dated May 4, 1967 has been reviewed on the appeal from the judgment. Beldock, P. J., Christ, Rabin, Hopkins and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JERRY LONGO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARLO A. PICCIOLI, Appellant.— Appeals from two orders of the County Court, Nassau County, both dated January 16, 1968, dismissed, without costs. Each order summarily punished a respective appellant on two counts of contempt of court committed in the presence of the court. The proper method of review is by a proceeding pursuant to article 78 of the CPLR (*People* v. *Epps*, 21 A D 2d 650). Christ, Acting P. J., Brennan, Rabin, Munder and Martuscello, JJ., concur.